IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROXANNE O'BRIEN and PATRICK O'BRIEN,<br><br>    Plaintiffs,<br><br>vs.<br><br>HARLEY-DAVIDSON FINANCIAL SERVICES, INC., et al.,<br><br>    Defendants. | 4:24-CV-3134<br><br>ORDER |

  This matter is before the Court on defendant Harley-Davidson Financial Services' motion to compel arbitration. Filing 12. The motion is unopposed. Filing 19. Accordingly,

  IT IS ORDERED:

1. Harley-Davidson Financial Services' motion to compel arbitration (filing 12) is granted.

2. The parties are directed to proceed to arbitration in accordance with the terms of the arbitration agreement.

3. Every 90 days from the date of this order, counsel for Harley-Davidson Financial Services shall file a report on the Court's docket which explains the current status of the pending arbitration.

- 2 -

4. The Clerk of the Court is directed to set an initial status report deadline of November 21, 2024.

5. This case is stayed as to Harley-Davidson Financial Services *only*, and shall progress as to all other defendants.

Dated this 23rd day of August, 2024.

BY THE COURT:

*[signature]*

John M. Gerrard
Senior United States District Judge
