## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROXANNE O'BRIEN, and PATRICK O'BRIEN,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HARLEY DAVIDSON FINANCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION, LLC,<br><br>　　　　　　Defendants. | 4:24CV3134<br><br><br>ORDER TO SHOW CAUSE |

　　The records of the Court show that on August 6, 2024, a letter (Filing No. 3) was sent to the following attorney from the Office of the Clerk directing that she obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Terri R. Brown**
**555 W. Adams Street**
**Chicago, IL 60661**

　　**IT IS ORDERED** that on or before **September 25, 2024**, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Terri R. Brown being removed as counsel of record.

Dated this 10th day of September, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge